# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 10, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40463   USA v. Jean
                     USDC No. 1:08-CR-101-1

Enclosed is an order entered in this case.

See FRAP and Local Rules 41 for stay of the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

Ms. Nadia E. Haghighatian
Ms. Jeanne Marie Heffernan
Ms. Tyler Anne Lee
Mr. Bradley Elliot Visosky