# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 10, 2025
Lyle W. Cayce
Clerk

No. 23-40463

United States of America,

*Plaintiff—Appellant*,

versus

Joel Francois Jean,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:08-CR-101-1

_____

ON PETITION FOR REHEARING EN BANC

Before Smith, Wiener, and Douglas, *Circuit Judges*.

Per Curiam:

  Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.

———————————————

*Judge Edith H. Jones, did not participate in the consideration of the rehearing en banc.